**In the matter of estate of Richard T. Crane, Jr., deceased. Robert Hansen, appellee, v. John K. Prentice and Continental Illinois National Bank & Trust Company of Chicago, appellants. Gen. No. 39,890.**

628

Opinion filed February 14, 1939.

Ashcraft & Ashcraft, for appellants; Russell F. Locke and William H. Alexander, of counsel. George William Sullivan, for appellee; George William Sullivan, Laurence B. Jacobs and Eskil C. Dahlin, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.